# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOCELYN A. HEMPHILL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA** | : | **NO. 11-0570** |

## ORDER

**AND NOW**, this 27th day of December, 2011, upon consideration of defendant School District of Philadelphia's Motion for Summary Judgment (Document No. 10) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.